*#104    #129140*

FILED

2010 DEC 21 PM 3:16

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-37470 |
| Daniel D. Farley, | ) | Chapter 7 |
| Debtor. | ) | JUDGE MARY ANN WHIPPLE |

### REPORT OF DIVIDENDS OF LESS
### THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Firelands Radiology | 54 Executive Drive<br>Norwalk, OH 44857 | $3.55 |

Check number 104 in the amount of $3.55 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

December 21, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129